THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAYJUAN TREVION-WAYNE FLETCHER, | CASE NO. C24-0129-JCC-TLF |
| Plaintiff, | ORDER |
| v. | |
| SUZAN COLEMAN, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court adopts the R&R (Dkt. No. 23);

(2) Plaintiff's claims are dismissed without prejudice and with leave to amend;

(3) Plaintiff shall have 30 days from the date of this Order to file a proposed amended complaint subject to the Court's review; and

(4) The Clerk is directed to send a copy of this Order to the parties in this action.

//

//

//

ORDER
C24-0129-JCC-TLF
PAGE - 1

1  DATED this 29th day of October 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-0129-JCC-TLF
PAGE - 2